JOHN HOUSTON SCOTT   SBN 72578
LIZBETH N. de VRIES   SBN 227215
The Scott Law Firm
1375 Sutter St, Suite 222
San Francisco, California 94109
Telephone: (415) 561-9600
Facsimile: (415) 561-9609

MICHAEL S. SORGEN   SBN 43107
ANDREA ADAM BROTT   SBN 121288
LAW OFFICES OF MICHAEL S. SORGEN
240 Stockton Street, 9th Floor
San Francisco, California 94105
(415) 956-1360

DARREN J. KESSLER   SBN 114986
LAW OFFICES OF DARREN J. KESSLER
6306 Eureka Avenue, Suite #2
El Cerrito, California 94530
(510) 524-7750

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE Q., ANGEL L., MEGAN W., CHRISTINA T., REBECCA T., JESSE B., KENDRA G., and CHERIDA L., each by guardian ad litem, individually and on behalf of others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CONTRA COSTA COUNTY,<br><br>　　　　Defendant. | No.  C 96-3483 MHP (JCS)<br><br>[PROPOSED] ORDER APPROVING PETITION TO COMPROMISE CLAIMS OF MINORS |

The verified petition by the plaintiffs in this case has been filed for an Order Approving the Proposed Compromise of Plaintiffs' claims against Contra Costa County. This Court supervised lengthy settlement negotiations and the parties have stipulated that Magistrate Judge Joseph Spero may review and approve the Petition to Compromise the Claims of Minors. In addition, this Court finds that good cause exists to approve this petition without a hearing and

1

[PROPOSED] ORDER APPROVING PETITION TO COMPROMISE CLAIMS OF MINORS

without requiring the personal appearance of the minors and their Guardians ad Litem who have petitioned the Court to compromise their claims.

The plaintiffs/petitioners include: Patricia Brooks as the Guardian ad Litem for plaintiff Laurie Q, a **minor** in this action; Judith Gonzales as Guardian ad Litem for plaintiff Kendra J., a **minor** in this action; Mary Love as Guardian ad Litem for plaintiffs Angel L. and Cherida L., former minors in this action; Rosada Russell as Guardian ad Litem for plaintiff Jesse B., a **minor** in this action; Terri Woods, as Guardian ad Litem for plaintiff Megan W., a **minor** in this action; and Sheila Trokey as Guardian ad Litem for plaintiffs Christina T. and Rebecca T., former minors in this action.

On the evidence introduced, the Court finds that the facts set forth in the Petition are true and that it is in the best interests of the minors and former minors that this case be settled for monetary and non-monetary relief described in the Settlement Agreement and that the proceeds from the settlement be allocated between the plaintiffs and their attorneys as provided below.

1. Contra Costa County shall pay $50,000 to Plaintiff Laurie Q., payable to the trust fund of Michael S. Sorgen, to be distributed pursuant to further order of this Court.

2. Contra Costa County shall pay $50,000 to Judith Gonzales as Guardian ad Litem for plaintiff Kendra J., who is a minor, payable to the trust fund of Michael S. Sorgen, to be distributed pursuant to further order of this Court.

3. Contra Costa County shall pay $40,000 to Mary Love as Guardian ad Litem and Attorney in Fact for plaintiff Angel L., payable to the trust fund of Michael S. Sorgen, to be distributed pursuant to further order of this Court.

4. Contra Costa County shall pay $70,000 to Mary Love as Guardian ad Litem for plaintiff Cherida L., who is disabled, payable to the trust fund of Michael S. Sorgen, to be distributed pursuant to further order of this Court.

5. Contra Costa County shall pay $60,000 to Rosada Russell as Guardian ad Litem for plaintiff Jesse B., who is a minor, payable to the trust fund of Michael S. Sorgen, to be

1    distributed pursuant to further order of this Court.

2          6.      Contra Costa County shall pay $40,000 to Terri Woods, as Guardian ad Litem for

3    plaintiff Megan W., who is a minor, payable to the trust fund of Michael S. Sorgen, to be

4    distributed pursuant to further order of this Court.

5          7.      Contra Costa County shall pay $45,000 to plaintiff Annabelle Christina T.,

6    payable to the trust fund of Michael S. Sorgen, to be distributed pursuant to further order of this

7    Court.

8          8.      Contra Costa County shall pay $45,000 to plaintiff Elizabeth Rebecca T., payable

9    to the trust fund of Michael S. Sorgen, to be distributed pursuant to further order of this Court.

10         9.      Contra Costa County shall pay $350,000 to the trust fund of Michael S. Sorgen for

11   attorneys fees and costs, payable to the trust fund of Michael S. Sorgen to be distributed to the

12   Law Office of Michael S. Sorgen, Darren Kessler and The Scott Law Firm as follows. The

13   allocation of this amount is that $300,000 is for attorney fees, $47,748.98 for costs already

14   advanced. Out of this amount, $2,251.02 shall remain in trust as a reserve for future costs

15   associated with finalizing this settlement, to be distributed pursuant to further order by this Court.

16   **IT IS HEREBY ORDERED** that the compromise be approved in the manner provided

17   in the Petition and this Order.

18   **IT IS FURTHER ORDERED** that Contra Costa County shall distribute the proceeds of

19   the settlement to the trust fund of Michael S. Sorgen for the settlement of this lawsuit as

20   described above.

21   **IT IS FURTHER ORDERED**, that the plaintiffs' individual distributions will be made

22   pursuant to further order by this Court.

23   **IT IS FURTHER ORDERED,** that upon receipt of the full amount of the settlement

24   sum here approved, of $750,000.00, that petitioners are authorized and directed to execute and

25   deliver to defendant a complete and final release and discharge of any and all claims of plaintiffs

26   arising from the facts set forth in the petition, and a properly executed dismissal of this action

27

28

3

[~~PROPOSED~~] ORDER APPROVING PETITION TO COMPROMISE CLAIMS OF MINORS

1 with prejudice.

2

3 DATED: August 10, 2005

                                              HON. JOSEPH C. SPERO
4                                               UNITED STATES MAGISTRATE JUDGE

5

6 F:\Cases\Cases - Active\Q, Laurie\Settlement\Minors Comp\Petition to Compromise Minors Claim.Order.wpd

[PROPOSED] ORDER APPROVING PETITION TO COMPROMISE CLAIMS OF MINORS