1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

LAURIE Q., ANGEL L., MEGAN W.,
CHRISTINA T., REBECCA T., JESSE B.,
KENDRA G., and CHERIDA L., each by
guardian ad litem, individually and on behalf
of others similarly situated,

        Plaintiffs,

vs.

CONTRA COSTA COUNTY,

        Defendant.

No.  C 96-3483 MHP (JCS)

**STIPULATION AND ORDER
REGARDING DISMISSAL**

[Fed. R. Civ. P. 41]

11
12
13
14
15
16
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27
28

1

STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

1    Pursuant to Federal Rule of Civil Procedure 41, the parties hereby stipulate that the entire

2    action shall be dismissed with prejudice upon the Settlement Agreement and Petition for Minors'

3    Compromise being approved by the Court.

4                                                      Attorney Representative for Plaintiffs:

5

6    ___8/5/05_____              _____
     Date                                                      JOHN HOUSTON SCOTT
7

8                                                      Attorney Representative for Defendant:
9

10

11   _____        _____
     Date                                                      BERNARD KNAPP
12        **IT IS HEREBY ORDERED.**

13

14   _____        _____
     Date                                                      HON. JOSEPH C. SPERO
15                                                             UNITED STATES MAGISTRATE JUDGE
     F:\Cases\Cases - Active\Q, Laurie\Settlement\Minors Comp\StipulatedDismissal.wpd
16

17

18

19

20

21

22

23

24

25

26

27                                            2

28
     STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

1    Pursuant to Federal Rule of Civil Procedure 41, the parties hereby stipulate that the entire

2    action shall be dismissed with prejudice upon the Settlement Agreement and Petition for Minors'

3    Compromise being approved by the Court.

4                                                   Attorney Representative for Plaintiffs:

5

6    _____                        _____
     Date                                           JOHN HOUSTON SCOTT
7

8                                                   Attorney Representative for Defendant:
9

10   _8/5/2005_____

11   Date                                           _____
                                                    BERNARD KNAPP
12       IT IS HEREBY ORDERED.

13

14   8/10/05
     _____                        _____
15   Date                                           HON. JOSEPH C. SPERO
                                                    UNITED STATES MAGISTRATE JUDGE
16   F:\Cases\Cases - Active\Q, Laurie\Settlement\Minors Comp\StipulatedDismissal.wpd

17

18

19

20

21

22

23

24

25

26

27                                      2

28   _____
     STIPULATION AND ORDER TO DISMISS WITH PREJUDICE