```
 1  SILVANO B. MARCHESI (SBN 42965)
    County Counsel
 2  BERNARD KNAPP (SBN 111720)
    Deputy County Counsel
 3  651 Pine Street, 9th Floor
    Martinez, CA 94553
 4  Telephone: (925) 335-1800
    Facsimile: (925) 646-1078
 5  Email: bknap@cc.cccounty.us

 6  Attorneys for Defendant
    CONTRA COSTA COUNTY
 7
    DEBRA S. BELAGA (SBN 83237)
 8  PETER OBSTLER (SBN 171623)
    O'MELVENY & MYERS
 9  275 Battery Street
    San Francisco, CA 94111-3344
10  Telephone: (415) 984-8700
    Facsimile: (415) 984-8701
11
    Attorneys for Defendant
12  CONTRA COSTA COUNTY
```

FILED

2005 AUG 23 PM 12: 16

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE Q., by her guardian ad litem, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CONTRA COSTA COUNTY, <br><br> Defendant. | No. C 96-3483 MHP (JCS) <br><br> (~~PROPOSED~~) ORDER APPROVING SETTLEMENT AND DISMISSING ACTION |

The parties having reached a fully executed settlement agreement, a copy of which is on file with this court, and said agreement requiring as conditions of settlement that this court approve the settlement and that the action be dismissed with prejudice as to all plaintiffs and all claims for relief prior to distribution of settlement funds, and this court

having approved the provisions of said agreement directing distribution of settlement funds to minor plaintiffs and to their attorneys, it is hereby stipulated that there is good cause for approval of said agreement and that the action should be dismissed with prejudice, all preconditions therefore having been satisfied.

SO STIPULATED

Date: August 17, 2005

SILVANO B. MARCHESI
COUNTY COUNSEL

By: _____
Bernard Knapp
Deputy County Counsel
Attorneys for Defendant
CONTRA COSTA COUNTY

Date: 8/17/05

LAW OFFICES OF
JOHN HOUSTON SCOTT

By: _____
John Houston Scott
Attorneys for ALL PLAINTIFFS

ORDER

On the stipulation of the parties and good cause appearing, IT IS ORDERED that this action is dismissed with prejudice as to all parties and all claims for relief, and it is further ordered that the settlement agreement between the parties, attached as an exhibit to plaintiffs' Petition to Compromise Claims of Minors filed with this court on July 29, 2005, is approved.

Date: August 22, 2005

_____
JOSEPH C. SPERO
United States District Magistrate-Judge

(PROPOSED) ORDER APPROVING SETTLEMENT AND DISMISSING ACTION
C 96-3483 MHP (JCS)

2