UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE Q., ET AL., | Case No. C-96-3483 MHP (JCS) |
| Plaintiff(s), | |
| v. | **ORDER TO FILE FURTHER DECLARATION** |
| CONTRA COSTA COUNTY, | |
| Defendant(s). | |

On November 18, 2005, a hearing was held on the Proposed Order Approving Distribution of Monies. Michael Sorgen, Lizabeth N. de Vries, and Darren Kessler appeared for Plaintiffs. Defendant did not appear.

IT IS HEREBY ORDERED that Plaintiffs shall provide a further declaration, by **December 16, 2005,** in support of the proposed Order Approving Distribution of Monies to Plaintiffs pursuant to the Order Approving Petition to Compromise Claims of Minors.

IT IS SO ORDERED.

Dated: November 21, 2005

JOSEPH C. SPERO
United States Magistrate Judge