1  JOHN HOUSTON SCOTT   SBN 72578
   LIZABETH N. de VRIES   SBN 227215
2  The Scott Law Firm
   1375 Sutter St., Suite 222
3  San Francisco, California 94109
   Telephone: (415) 561-9600
4  Facsimile: (415) 561-9609

5  MICHAEL S. SORGEN   SBN 43107
   ANDREA ADAM BROTT   SBN 121288
6  LAW OFFICES OF MICHAEL S. SORGEN
   240 Stockton Street, 9th Floor
7  San Francisco, California 94105
   Telephone: (415) 956-1360
8
   DARREN J. KESSLER   SBN 114986
9  LAW OFFICES OF DARREN J. KESSLER
   6306 Eureka Avenue, Suite #2
10 El Cerrito, California 94530
   Telephone: (510) 524-7750
11
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LAURIE Q., ANGEL L., MEGAN W., CHRISTINA T., REBECCA T., JESSE B., KENDRA G., and CHERIDA L., each by guardian ad litem, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CONTRA COSTA COUNTY, <br><br> Defendant. | No. C 96-3483 MHP (JCS) <br><br> FIRST SUPPLEMENT TO [PROPOSED] ORDER DISTRIBUTING MONIES TO PLAINTIFFS PURSUANT TO ORDER APPROVING PETITION TO COMPROMISE CLAIMS OF MINORS |
|---|---|

On August 10, 2005, this Court executed an Order Approving Petition To Compromise Claims of Minors and ordered that monies be allocated between the plaintiffs and their attorneys. As a First Supplement to their previous distribution request in the form of a proposed order, plaintiffs respectfully request this Court issue this supplemental order to distribute settlement fund monies to Jessie B. and Laurie Q. as they have each requested, as described below.

1

FIRST SUPPLEMENT TO [PROPOSED] ORDER APPROVING DISTRIBUTING MONIES

As described below and in the Declaration of Lizabeth N. de Vries In Support of Plaintiffs' Proposed Orders Distributing of Monies To Plaintiffs, Jessie B. and Laurie Q. have submitted instructions describing their requests for distribution of their settlement monies.

**IT IS ORDERED** that Michael S. Sorgen shall write checks totaling $60,000 to distribute the settlement proceeds paid by Contra Costa County for plaintiff **Jessie B.**, DOB September 18, 1991, in the manner described below. Rosada Russell, the custodian and guardian of fourteen-year old Jessie B., shall serve as trustee and his settlement monies shall be placed in an irrevocable trust as described in the documents attached in **Exhibit A**. According to Ms. Russell's 12/12/05 letter, the trust will pay the attorneys' $800 fee directly. The distribution is summarized as follows:

* Sixty thousand dollars payable to the JESSE CHARLES BOLDEN RUSSELL IRREVOCABLE TRUST SUPPLEMENTAL CARE TRUST U/A 12-05-05

**IT IS FURTHER ORDERED** that Michael S. Sorgen shall write checks totaling $50,000 to distribute the settlement proceeds paid by Contra Costa County for plaintiff **Laurie Q.**, DOB July 6, 1987, payable to Laurie Brooks, to implement a spend down plan as described in **Exhibit B**, summarized as follows:

* Payable to 1973 Mustang owner Juan Ramos for $25,000;
* Payable to Allstate for one year of prepaid auto insurance for $1,914;
* Payable to PK Tires & Wheels for $1,650;
* Payable to Laurie Brooks to purchase gas card for $800;
* Payable to computer dealer Dell Computers in the amount of $2,982;
* Payable to Laurie Brooks to purchase clothing for $2,000;
* Payable to Laurie Brooks for a ring for $2,000;
* Payable to Lowes to purchase a stove for $500;
* Payable to Laurie Brooks to open savings account for $11,961.50 and,
* Payable to Herb Thomas for $1,192.50.

IT IS SO ORDERED.

DATED: 1/17/06

HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

F:\Cases\Cases - Active\Q, Laurie\Settlement\Minors Comp\First Supplement to Proposed Distribution.Order.wpd

2

FIRST SUPPLEMENT TO [PROPOSED] ORDER APPROVING DISTRIBUTING MONIES