JOHN HOUSTON SCOTT   SBN 72578
LIZABETH N. de VRIES   SBN 227215
The Scott Law Firm
1375 Sutter St., Suite 222
San Francisco, California 94109
Telephone: (415) 561-9600
Facsimile: (415) 561-9609

MICHAEL S. SORGEN   SBN 43107
ANDREA ADAM BROTT   SBN 121288
LAW OFFICES OF MICHAEL S. SORGEN
240 Stockton Street, 9th Floor
San Francisco, California 94105
Telephone: (415) 956-1360

DARREN J. KESSLER   SBN 114986
LAW OFFICES OF DARREN J. KESSLER
6306 Eureka Avenue, Suite #2
El Cerrito, California 94530
Telephone: (510) 524-7750

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE Q., ANGEL L., MEGAN W., CHRISTINA T., REBECCA T., JESSE B., KENDRA G., and CHERIDA L., each by guardian ad litem, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CONTRA COSTA COUNTY,<br><br>Defendant. | No. C 96-3483 MHP (JCS)<br><br>[~~PROPOSED~~] ORDER DISTRIBUTING MONIES TO PLAINTIFFS PURSUANT TO ORDER APPROVING PETITION TO COMPROMISE CLAIMS OF MINORS |

**INTRODUCTION**

On August 10, 2005, this Court executed an Order Approving Petition To Compromise Claims of Minors and ordered that monies be allocated between the plaintiffs and their attorneys. Now plaintiffs respectfully request this Court order monies be distributed to each plaintiff and order costs be reimbursed from the reserve fund, as follows:

1

[PROPOSED] ORDER APPROVING DISTRIBUTION OF MONIES

1    **IT IS HEREBY ORDERED** that Michael S. Sorgen shall write a check totaling $40,000 to distribute settlement proceeds by Contra Costa County for plaintiff **Megan W.**, payable to Teri Woods as custodian for minor Megan Woods, born 10/23/88, so that her guardian ad litem may open custodial accounts as follows: Ms. Woods will open a custodial account for sixteen-year-old Megan and purchase a bump certificate in the amount of $10,000 and certificates of deposit with the remaining $25,000. *See* **Exhibit A**.

    **IT IS FURTHER ORDERED** that Michael S. Sorgen shall write checks totaling $50,000 to distribute the settlement proceeds paid by Contra Costa County for plaintiff **Kendra B.**, payable to Judith Gonzales as custodian for Kendra Baker, born 02/09/88, until age 25 under the California Uniform Transfers to Minors Act, for the spend down plan as described in **Exhibit B**, summarized as follows:

- Payable to orthodontist Dr. Gold for $8,200.00;
- Payable to computer dealer Gateway in the amount of $1,601.02;
- Payable to Kendra to buy clothing for $1,000.00;
- Payable to Judith Gonzales as custodian for Kendra Baker, born 02/09/88, until age 25 under California Uniform Transfers to Minors Act for $37,698.98 ; and,
- Payable to The Dale Law Firm for $1,500.00

    **IT IS FURTHER ORDERED** that Michael S. Sorgen shall write checks totaling $70,000 to distribute the settlement proceeds paid by Contra Costa County for plaintiff **Cherida L.** for the spend down plan as described in **Exhibit C**, and summarized as follows:

- Sixty-three thousand dollars ($63,000) to be held in Michael Sorgen's attorney-client trust account until Cherida's 21st birthday (11/01/05) , at which time it shall be paid to Mary Love for a personal services contract.
- Payable to Mary Love for a costs associated with setting up a conservatorship for $6,000.00; and,
- Payable to the Dale Law Firm for $1,000.

///

///

///

///

[PROPOSED] ORDER APPROVING DISTRIBUTION OF MONIES

1  **IT IS FURTHER ORDERED** that Michael S. Sorgen shall write checks totaling
2  $40,000 to distribute the settlement proceeds paid by Contra Costa County for plaintiff **Angel L.**
3  born 09/08/85, for the spend down plan as described in **Exhibit D**, and summarized as follows:

4        *      Thirty-three Thousand Dollars ($33,000.00) payable to Mary Love, as custodian for Angel Love, born 09/08/85, to be deposited in a court-ordered blocked account
5  until Angel Love's 21st birthday (09/08/06), at which time the funds are to be released, without further Court order, to Mary Love.[1]
6        *      Payable to Mary Love a costs associated with setting up a conservatorship for $5,500.00; and,
7        *      Payable to the Dale Law Firm for $1,500.

8  **IT IS FURTHER ORDERED** that Michael S. Sorgen shall write checks totaling
9  $45,000 to distribute the settlement proceeds paid by Contra Costa County for plaintiff
10  **Annabelle T.** for the spend down plan as described in **Exhibit E**, and summarized as follows:

11        *      Payable to Dirito Brothers for a car for $20,000;
      *      Payable to Progressive Insurance for two years car insurance for $3,660;
12        *      Payable to Sheila Trokey for a gift for $10,000;
      *      Payable to Net Care Dental Services (S. Ghannan, D.D.S.) for $2,240;
13        *      Payable to Contra Costa Children's Chorus for $1,174.90;
      *      Payable to Macys for clothing and household goods for $386.48;
14        *      Payable to Best Buy for electronic household goods for $1,325.99;
      *      Payable to Annabelle Trokey for futon for $263.74;
15        *      Payable to Annabelle Trokey for household goods for $762.50;
      *      Payable to Annabelle Trokey for furniture for $571.80;
16        *      Payable to Annabelle Trokey for computer labtop for $2,614.59;
      *      Payable to Herb Thomas, benefits consultant, for $500; and,
17        *      Payable to the Dale Law Firm for $1,500.

18  ///
19  ///
20  ///
21  ///
22
23  ———————————————

[1] The money that belongs to Angel Love in the amount of $33,000.00 shall be deposited into
24  an interest-bearing federally insured account or accounts until September 8, 2006, at which time the
25  funds shall be paid to Mary Love for a personal services contract for her services to Angel from age 21 through age 25. No withdrawals of principal or interest shall be made from the blocked account
26  until September 8, 2006, without a written order under this case name and number, signed by a judge, and bearing the seal of this court. The money on deposit is not subject to escheat.
27

3

28  [PROPOSED] ORDER APPROVING DISTRIBUTION OF MONIES

1  **IT IS FURTHER ORDERED** that Michael S. Sorgen shall write checks totaling
2  $45,000 to distribute the settlement proceeds paid by Contra Costa County for plaintiff **Elizabeth**
3  **T.** for the spend down plan as described in **Exhibit F**, and summarized as follows:

4  * Payable to Dirito Brothers for a car for $17,300;
   * Payable to Progressive Insurance for two years car insurance for $4,400;
5  * Payable to Netcare Dental for prepaid dental for $11,700;
   * Gift to Sheila Trokey for $10,000 (from which Kathy Brown will be paid
6  approximately $300);
   * Payable to Elizabeth Trokey for household items for $100; and,
7  * Payable to the Dale Law Firm for $1,500.

8  **IT IS FURTHER ORDERED** that Michael S. Sorgen shall write checks totaling
9  $60,000 to distribute the settlement proceeds paid by Contra Costa County for plaintiff Jessie B.,
10 born 09/18/81, ~~once he receives written instructions from this minor and his guardian~~ ad litem, ~~Rosada Russell.~~ as set forth in order of the Court of even date herewith

12 **IT IS FURTHER ORDERED** that Michael S. Sorgen shall write checks totaling
13 $50,000 to distribute the settlement proceeds paid by Contra Costa County for plaintiff Laurie Q.
14 as set forth in the Order of the Court of even date herewith ~~once he receives written instructions from this plaintiff, born 07/06/87.~~

15 **IT IS FURTHER ORDERED** that Michael S. Sorgen shall write the Dale Law Firm, a
16 consultant to plaintiffs in the settlement process, a check for $ 1,980 to be paid from the reserve
17 created for costs of $2,251.02. *See* **Exhibit G**. The plaintiffs created a reserve fund for settlement
18 related costs in the amount of $2,251.02. It is from this fund that Michael S. Sorgen shall pay the
19 Dale Law Firm, leaving a balance of $271.02.

20 **IT IS FURTHER ORDERED** that although The Scott Law Firm has incurred costs of
21 $564.53, Michael S. Sorgen shall write The Scott Law Firm a check for the remainder of the
22 costs reserve of $271.02as described in this Order and **Exhibit H**.

24 DATED: 1/17/06

HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

F:\Cases\Cases - Active\Q, Laurie\Settlement\Minors Comp\Distribution.Order.wpd

4

[PROPOSED] ORDER APPROVING DISTRIBUTION OF MONIES